UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs<br><br>JOHN A.. GOUGH JR.<br><br>Defendant | **NEW CASE NO.   1:03-mj-02138-SMS**<br><br>ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE<br><br>Old Case No.  1:03-mj-02138-LJO |

IT IS HEREBY ORDERED that the above-entitled action be reassigned from the docket of Judge O'NEILL to the docket of U.S. Magistrate Judge SNYDER.

The defendant, JOHN A. GOUGH JR., did Consent to the Jurisdiction of a U.S. Magistrate Judge and was sentenced by United States Magistrate Judge Snyder on July 11, 2005.

# ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:

# 1:03-mj-02138-SMS

IT IS SO ORDERED.

**Dated:   July 13, 2005**          /s/ Lawrence J. O'Neill
b9ed48                                    UNITED STATES MAGISTRATE JUDGE